UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05937
    RENE A COVINGTON

                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6269

---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
    The case was filed on 03/13/2008 and was confirmed 05/21/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 08/27/2008.
---------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED VEHIC | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL SV | UNSEC W/INTER | .00 | .00 | .00 |
| CORPORATE AMERICA FEDERA | SECURED VEHIC | .00 | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSEC W/INTER | .00 | .00 | .00 |
| HOLDEN PARK CONDOMINIUM | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | 586.16 | .00 | .00 |
| HOLDEN PARK CONDO ASSOC | MORTGAGE ARRE | 2760.60 | .00 | .00 |
| WALLACE ANDERSON | NOTICE ONLY | NOT FILED | .00 | .00 |
| RJM AQUISITIONS FUNDING | UNSEC W/INTER | 59.54 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 2,841.50 | | 1,035.47 |
| TOM VAUGHN | TRUSTEE | | | 86.23 |
| DEBTOR REFUND | REFUND | | | 218.90 |

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 1,340.60 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,035.47 |
| TRUSTEE COMPENSATION | | 86.23 |
| DEBTOR REFUND | | 218.90 |
| TOTALS | 1,340.60 | 1,340.60 |

              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 05937 RENE A COVINGTON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE